**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Harris County Appraisal District v. American Multi-Cinema, Inc. (Studio 30 and Gulfpoint 30 Movie Theaters)

Appellate case number:    01-18-00786-CV

Trial court case number:   2016-50054

Trial court:                      55th District Court of Harris County

This Court's January 17, 2019 Order of Abatement had abated and remanded this case for the trial court to determine whether to find the court reporter, Gina Jackson, in contempt of court for failing to timely file the reporter's record. On February 5, 2019, five volumes of the reporter's record were filed in this Court by Gina Jackson.

Accordingly, the Court sua sponte directs the Clerk of this Court to **REINSTATE** this case on the Court's active docket. Appellant's brief is **ORDERED** to be filed within **30 days** of the date of this order. *See* TEX. R. APP. P. 2, 34.5(c)(3), 38.6(a)(1). Appellee's brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: _____/s/ Justice Evelyn V. Keyes_____
                              ☒ Acting individually     ☐ Acting for the Court
Date: __February 12, 2019_____